# Exhibit 9

# Ganymede Cayman Limited

Harneys Services (Cayman) Limited,
3rd Floor, Queensgate House,
113 South Church Street,
PO Box 10240,
Grand Cayman KY1-1002
Cayman Islands

**Invoice Date**        22ⁿᵈ January 2013

**Invoice Number**    00014

**To**                        Sterling Alpha LLC 401(k) Profit Sharing Plan
John Doscas

**Address**              11 Sterling Lane,
Sands Point, NY 11050,
United States of America

**Description**

| Description | Amount Euro |
|---|---|
| Amount due under Tax Reclaim Advisory Services Agreement | € 203,872.00 |
| | |
| **Total amount due in January 2013** | **€ 203,872.00** |

Contact                    Raj Shah
Contact Telephone    00971 (0) 4 376 4200
Contact Email          Ganymede@ganymedecayman.com

**Amount due on invoice date.**

**Payment details:**
**Bank details:**

JPMORGAN CHASE BANK FRANKFURT                    CHASDEFX
JPMORGAN CHASE BANK                                        CHASGB2L
FURTHER CREDIT TO SOLO CAPITAL PARTNERS LLP
A/C # ████████3630
IBAN GB08CHAS60924241243630

ELYSIUM-00001683