**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
LITIGATION,

This paper applies to:

1:18-cv-10028, 1:18-cv-10030, 1:18-cv-10031, 1:18-cv-10032,
1:18-cv-10035, 1:18-cv-10036, 1:18-cv-10039, 1:18-cv-10049,
1:18-cv-10060, 1:18-cv-10061, 1:18-cv-10062, 1:18-cv-10063,
1:18-cv-10064, 1:18-cv-10065, 1:18-cv-10066, 1:18-cv-10069,
1:18-cv-10070, 1:18-cv-10071, 1:18-cv-10073, 1:18-cv-10074,
1:18-cv-10076, 1:18-cv-10077, 1:18-cv-10080, 1:18-cv-10082,
1:18-cv-10083, 1:18-cv-10086, 1:18-cv-10096.

MASTER DOCKET
1:18-md-02865 (LAK)

## [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL

**WHEREAS**, upon the application of the law firm of Poulos LoPiccolo PC, seeking leave to withdraw as the attorneys of record for certain Defendants in this matter, and for good cause having been shown:

**IT IS HEREBY ORDERED** that the law firm of Poulos LoPiccolo PC is hereby granted leave to withdraw as counsel for Defendants Matthew Tucci, The Cardinal Consulting Pension Plan, The Egret Associates LLC 401K Plan, The Crow Associates Pension Plan, The Heron Advisors Pension Plan, The Hoboken Advisors LLC 401K Plan, The Jayfran Blue Pension Plan, The JT Health Consulting LLC 401K Plan, The Lakeview Advisors 401K Plan, The Osprey Associates LLC 401K Plan, The Sandpiper Pension Plan, The Zen Training LLC 401(K) Plan, The Everything Clean LLC 401K Plan, The Jump Group LLC 401K Plan, The Oaks Group

Pension Plan, The Wave Maven LLC 401K Plan, The Beech Tree Partners 401K Plan, The Blackbird 401K Plan, The Chambers Property Management LLC 401K Plan, FiftyEightSixty LLC Solo 401K Plan, The Hawk Group Pension Plan, The Hibiscus Partners LLC 401K Plan, The Maple Advisors LLC 401K Plan, OneZeroFive LLC Solo 401K Plan, The Sea Bright Advisors LLC 401K Plan, The TAG Realty Advisors 401K Plan, The Throckmorton Advisors 401K Plan and The Robin Daniel Pension Plan, in the above-captioned action; and

**IT IS FURTHER ORDERED** that the Clerk of Court shall remove Joseph LoPiccolo, Esq. and the law firm of Poulos LoPiccolo PC from the list of counsel of record for the aforementioned Defendants in this case.

Dated: _____          _____
                                    HON. LEWIS A. KAPLAN, U.S.D.J.